**Fill in this information to identify the case:**

Debtor name   **Mite, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **18-19966**

O Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................... $ 2,410,299.49

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................. $ 2,410,299.49

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 236.22

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 4,072,378.90

4. **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b     $ 4,072,615.12

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy